REDACTED
AO 91 (Rev. 11/11) Criminal Complaint

SEALED
BY THE ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ethan Sandomire | ) Case No. | |
| | ) | MJ 20-0356 WRP |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
March 30, 2020
SUE BEITIA, CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01/12/2020 to 03/27/2020  in the county of  Honolulu  in the
_____ District of  Hawaii , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) | Possessing an unregistered firearm, namely, a pipe bomb |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Special Agent Wyatt Tackett
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/27/2020

City and state:  Honolulu, Hawaii

_____
Wes Reber Porter
United States Magistrate Judge


**SEALED**
BY THE ORDER OF THE COURT

## AFFIDAVIT OF WYATT TACKETT

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2019. During my training at the FBI Academy in Quantico, Virginia, I received instruction in a variety of investigative and legal matters, including the topics of Fourth Amendment searches and seizure, the drafting of search warrant affidavits, and requisite probable cause. I am presently assigned to the Joint Terrorism Task Force – Pacific (JTTF-P), where I work a variety of criminal and national security matters including international and domestic terrorism. I have utilized court-authorized search warrants, conducted physical surveillance, and interviewed subjects and witnesses. I have also been trained in the collection and analysis of digital evidence, to include evidence obtained from computers, cell phones, cell phone providers, and internet service providers. As a federal agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute search and arrest warrants under the authority of the United States. Due to my training and experience as an FBI Special Agent, I am familiar with the United States Criminal Code.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the specified violation of federal law and does not set forth all of my knowledge about this matter.

3. This affidavit is in support of a criminal complaint against Ethan Sandomire ("Ethan") for possessing an unregistered firearm, that is, a pipe bomb, in violation of 26 U.S.C. §§ 5861(d).

## FACTS TO SUPPORT PROBABLE CAUSE

4. Between on or about January 12, 2020, and January 19, 2020, PayPal account(s) attributed to Ethan Sandomire, date of birth ▇▇▇▇▇▇ purchased a large quantity of explosive precursor chemicals and other suspicious items that are consistent with the manufacture of a homemade explosive device. The PayPal account(s) attributed to Ethan purchased approximately 30 pounds of aluminum powder and approximately 75 pounds of potassium perchlorate which, when mixed, creates flash powder, an explosive material.

5. The PayPal account(s) attributed to Ethan also purchased time fuses, electronic matches, nichrome igniters, wireless firing systems, twelve-gauge perimeter alarms (spring-loaded firing mechanisms with trip triggers that can be used with trip wire to activate an improvised explosive device), fireworks ignition systems, a flare gun, thirty-six flares, stainless scales, a steel pipe with matching iron end caps, and a book entitled "Dictionary and Manual of Fireworks."

6. In spite of several fireworks-related purchases such as fireworks wrappers and fireworks firing systems, no purchases of firework tubing or shells were discovered. The materials described above that Ethan purchased, which were delivered to his residence, can be readily assembled into a pipe bomb.

7. Items were bought on eBay with user IDs "etsand_19" and "sand5276," from vendors listed as Phil's General Store (https://www.ihaveadotcom.com) and Deep Dixie Outdoors (https://pyro-aluminum.com). PayPal account(s) attributed to ▇▇▇▇▇▇ ▇▇▇▇▇▇, Ethan's ▇▇▇▇ purchased additional twelve-gauge perimeter alarms. In my training and experience, it is common for members of a household to share digital accounts, such as

2

PayPal and Ebay, or have access to other household members' digital accounts. Ethan and ▓▓▓ reside together at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

8. The materials purchased and described above were, in fact, shipped to Ethan at his residence, following the above-described purchases. A total of 75 pounds of potassium perchlorate was shipped from Phil's General Store to Ethan through the United States Postal Service in four separate packages, which were delivered to, and signed for by, Ethan, as follows:

   a. United States Postal Service ("USPS") 9461509205568571988291 – 20 lbs Delivered 2/10/2020 – 9:44AM signed for by Ethan
   b. USPS 9461509205568071851125 – 20 lbs Delivered 2/10/2020 – 9:44 AM signed for by Ethan
   c. USPS 9461509205568572483771 – 20 lbs Delivered 2/4/2020 – 1:43 PM signed for by Ethan
   d. USPS 9461509205568572530246 – 15 lbs Delivered 2/10/2020 – 9:44 AM signed for by Ethan

9. A total of 30 pounds of aluminum powder was shipped to Ethan from Deep Dixie Outdoor LLC in one package and was delivered at his residence as follows:

   a. USPS 1315 0540 0000 4916 0122 – Aluminum Powder 30 lbs - Delivered 1/28/2020 – 2:14 PM

10. On or about January 12, 2020, Ethan purchased a steel pipe and matching end caps from a company called MEP Supply. On or about January 13, 2020, USPS imaged a package in transit sent by MEP Supply with a recipient listed as "Ethan Sandomire" at address 1880 Laukahi St, Honolulu, Hawaii 96821-1361. The package was delivered at Ethan's residence as follows:

   a. USPS 9405511298370431980263 – Delivered 1/16/2020 – 1:48 PM

11. Subscriber information from PayPal indicates that the email addresses ▓▓▓▓gmail.com and ▓▓▓▓gmail.com are associated with Ethan's PayPal account(s).

3

12. The investigation revealed that Ethan utilized Facebook account ending in last four digits 0290 and other social media, including YouTube and LinkedIn (https://www.linkedin.com/in/ethan-sandomire-a41ba3122), to display videos and imagery of explosive materials and fireworks.

13. The profile photograph for Ethan's Facebook page is a pelican with a beak full of what appears to be dynamite with the superimposed text "Pyro Pelican." A YouTube account under the name "Pyro Sando" has two videos posted, both about fireworks, one of which shows an unidentified party shooting off firecrackers through what appears to be a homemade mini cannon. A person believed to be Ethan appears in at least three videos on a separate YouTube account under the channel name Alifidi. In the videos on the Alifidi channel, the male self-identified as Alifidi, who refers to the other male as Pyro Sando and Pyro Pelican, as well as the person believed to be Ethan, can be seen lighting fireworks and using homemade cannons to launch firecrackers.

14. According to open search queries for "Pyro Pelican" and "Pyro Sando," a video entitled "Fireworks! Aired 8/9/15" hosted on YouTube depicts Ethan and an unknown person setting off fireworks. In the video, the two parties, one which appears to be Ethan and is referred to as "Pyro Sando," discuss where they would hide from law enforcement if the police arrived. At the end of the video, the two parties acknowledge that the lighting of fireworks is not "law advised" in Hawaii.

15. The materials described above that Ethan purchased, which were delivered to his residence, can be readily assembled into a pipe bomb. According to The Bureau of Alcohol, Tobacco, Firearms, and Explosives there are no federal permits for the purchase or manufacture of fireworks or explosives associated with Ethan or ▮▮▮▮. There is also no record of "Pyro

4

Pelican" or any variation of that name associated with any legitimate fireworks-related businesses.

16. In my training and experience, as well as that of Special Agent Bomb Technicians who are subject matter experts and with whom I have consulted extensively, the purchase of a large quantity of explosive precursor chemicals, along with steel pipes, iron end caps, time fuses, electric matches, 12-gauge perimeter alarms, and remote firing devices—all within a seven-day timeframe—is consistent with the assembly of a pipe bomb, and is not consistent with the assembly of fireworks. The components mentioned above can readily be used in a short period of time to assemble a pipe bomb. It is unlawful to assemble the above items into a pipe bomb.

17. If mixed properly, the potassium perchlorate (oxidizer) and aluminum powder (fuel) from previously-referenced PayPal purchases can make flash powder, which is a low explosive. The scale that was purchased along with the "Dictionary and Manual of Fireworks" can be used to assist in improving ratios of fuels and oxidizers for a more effective explosive. The steel pipe and iron end caps, also from previously referenced PayPal purchases, can serve as a container for an improvised low explosive as described above. Multiple trigger systems were purchased by Ethan through PayPal, as previously described, which can provide means of initiating an explosive device. The initiators purchased by Ethan through PayPal could be used to initiate an improvised explosive in a variety of ways to include remote (wireless firing system with an electric match), a victim-initiated device (12-gauge perimeter alarm), or as a timed device (time fuse). If mixed properly and confined, the 75 pounds of potassium perchlorate and 30 pounds of aluminum power would create enough flash powder to destroy a typical residence, if initiated.

18. Honolulu Police Department reports dated November 1, 2019, and November 10, 2019, were identified based on the address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A subsequent interview of the Honolulu Police Department officer who authored the reports identified Ethan and ▮▮▮ as the residents of the above noted location as well as one female, ▮▮▮ wife and Ethan's mother.

19. The Honolulu Police Department officer referenced an event in which Ethan had suffered significant burns to his right arm. The officer was told that the burns to Ethan's right arm were the result of some type of unintentional explosion that occurred while Ethan was attempting to make his own fireworks on or about August 2, 2019. As a result of the incident, Ethan had to undergo extensive physical therapy and mental health counseling. According to the officer, he was told by Ethan's mother and by Ethan that the physical therapy and slow progress had been the source of the domestic dispute calls that resulted in the previously referenced Honolulu Police Department reports.

20. On or about November 11, 2019, Ethan was evaluated at Queen's Medical Center in Honolulu, Hawaii after reportedly attempting suicide by overdosing on pills. Ethan was evaluated in the emergency room by a physician—discussed in greater detail below—and subsequently discharged.

21. On or about January 13, 2020, PayPal account(s) attributed to Ethan paid for a subscription to PeopleLooker, LLC. Subscriber information obtained from PeopleLooker, LLC's parent company, BeenVerified revealed that the email address ▮▮▮▮▮▮▮▮▮▮gmail.com registered for a PeopleLooker, LLC account on or about January 13, 2020. The PeopleLooker account remained in "active" status as of March 27, 2020. Records show that, on or about January 13, 2020, the PeopleLooker account searched for two names, one address, and one

6

email. Both of the names researched by the PeopleLooker account were later determined by the FBI, through open source records, to be associated with the property that was also researched by the PeopleLooker account. All searches done on the PeopleLooker account were requested on January 13, 2020, the day after the purchase of the above-referenced components and aluminum powder. Ethan successfully purchased another chemical precursor, potassium perchlorate a few days later, on January 19, 2020.

22. One of the names searched by the PeopleLooker account was determined to be a physician in the emergency room at Queen's Medical Center in Honolulu, Hawaii. FBI agents located and interviewed the physician on March 27, 2020. The physician recalled spending approximately one hour evaluating Ethan in November 2019 for an alleged drug overdose. The physician stated that Ethan was verbally combative with the physician. Because Ethan was being verbally combative, the physician emphasized to Ethan that s/he (the physician) was in control and it was the physician's decision whether to release Ethan from the initial processing room. The physician stated that it seemed at that point to him/her like Ethan felt like Ethan had lost a battle, and that Ethan took the physician's decision personally. The physician further described Ethan as seeming bitter and having an axe to grind.

23. The physician reported that approximately one-and-a-half weeks to one month later, the physician received a phone call from a male caller on the physician's personal cell phone. The caller stated his name was Ethan. The physician asked how Ethan got his/her phone number, and Ethan stated he looked it up online. On this five- to ten-minute phone call, Ethan told the physician that the physician was too aggressive, mean, and should be nicer. In reaction to this telephone call, the physician stated it made him/her feel scared and that s/he did not feel safe. The physician notified his/her superiors at the hospital. The physician searched the

7

physician's name online and found current information there, which the physician then attempted to remove.

24. This interaction with Ethan prompted the physician to change his pattern of behavior out of concern for his physical safety. For weeks after the phone call, the physician checked his/her surroundings out of concern that Ethan or someone acting at Ethan's behest might be trying to harm him/her. The physician noted that although Ethan did not make any overt or explicit threats on the phone call, the physician nevertheless felt the need to watch his/her back for the month following the call. The physician confirmed that he/she was afraid of Ethan.

25. Open source and government database checks conducted on or about March 19, 2020 revealed that both Ethan and ▮ are associated with the address of ▮ ▮ Physical surveillance conducted between March 18, 2020 and March 23, 2020 on this address identified two males and one female living at the residence. One of the males was positively identified to be ▮ and the female was positively identified as ▮ Three vehicles were also noted to be maintained in the garage or parked on the street outside of the residence. Hawaii Department of Motor Vehicles checks identified ▮ as the registered owner of the vehicles with the registration address ▮ ▮ Physical surveillance identified Ethan exiting the residence on March 18, 2020, March 24, 2020, and on March 26, 2020.

//
//
//

26. I respectfully submit that the foregoing facts establish probable cause to believe that from on or about January 19, 2020 to on or about March 27, 2020, in the District of Hawaii, the defendant, ETHAN SANDOMIRE, possessed an unregistered firearm, that is, a pipe bomb, in violation of 26 U.S.C. § 5861(d).

*[signature]*
WYATT TACKETT
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me telephonically
on this __27th__ day of March, 2020.

_____

*[signature]*

Wes Reber Porter
United States Magistrate Judge